UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Danielle M. Mathey,<br>Attorney at Law, Bar No. 12037 | Case No. 2:25-ms-00021-APG<br><br>**ORDER OF DISBARMENT** |

Attorney Danielle M. Mathey, State Bar No. 12037, was disbarred by the Supreme Court of Nevada on June 6, 2025. On June 10, 2025, I ordered Danielle M. Mathey to show cause why this court should not impose reciprocal discipline and disbar her. ECF No. 1. That order was mailed via certified mail. However, the order was returned from the United States Postal Service marked "Return to Sender-No Mail Receptacle-Unable to Forward." Regardless, the order provided Danielle M. Mathey with 30 days to respond with reasons why she should not be disbarred. No response has been received. Failure to respond requires me to enter an order of disbarment. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Danielle M. Mathey, Bar No 12037, is disbarred from practice in United States District Court for the District of Nevada.

DATED THIS __17th___ day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 18th day of July, 2025, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Danielle M. Mathey
P.O. Box 1060
Green River, WY  82935

Certified Mail No.: 7018 1830 0001 8797 8947

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada